UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

HIMANSHU ASRI

Criminal Case No. 20-mj-00005-PAS

## MOTION TO UNSEAL

In the above-captioned matter, the Government moves to unseal this case, the criminal complaint, affidavit, and all other documents comprising the criminal complaint packet.  In light of the investigation's status, there is no longer a need to keep this matter sealed.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

AARON L. WEISMAN
United States Attorney

/s/ Milind Shah
Milind Shah
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000; Fax (401) 709-5001
Email:  milind.shah@usdoj.gov