# U.S. District Court
## California Northern District (San Francisco)
## CRIMINAL DOCKET FOR CASE #: 3:20-mj-70041-SK-1
## Internal Use Only

Case title: USA v. Asri
Other court case number: 1:20-MJ-05-PAS District of
                                    Rhode Island

Date Filed: 01/21/2020

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United Stat
District Court for the Northern District of California.
Date Filed: 1/29/2020
SUSAN Y. SOONG, Clerk
By: _____, Deputy Cler

Assigned to: Magistrate Judge Sallie
Kim

**Defendant (1)**

**Himanshu Asri**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**

represented by **Patrick Kevin O'Brien**
United States Attorney's Office
Northern District of California
450 Golden Gate Ave
Fl 11
San Francisco, CA 94102
(415) 436-7126
Fax: (415) 436-7234
Email: patrick.obrien@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Molly A. Smolen**
U.S. Attorney's Office
450 Golden Gate Ave.
San Francisco, CA 94102
415-436-6779
Fax: 415-436-7234
Email: molly.smolen@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2020 | 4 | **COMMITMENT TO ANOTHER DISTRICT as to Himanshu Asri. Defendant committed to District of District of Rhode Island. Signed by Magistrate Judge Sallie Kim on 1/28/2020. (jlgS, COURT STAFF) (Filed on 1/28/2020) (Entered: 01/28/2020)** |
| 01/28/2020 | 3 | Minute Entry for proceedings held before Magistrate Judge Sallie Kim: ID of Counsel Hearing as to Himanshu Asri NOT held on 1/28/2020, Status Conference as to Himanshu Asri held on 1/28/2020. Detention Hearing and Formal Findings Waived. Remanded To Custody. Defendant waives ID/Removal hearing and admits to being the person charged in the District of Rhode Island. The Court orders Defendant transported forthwith in USMS custody to the District of Rhode Island. FTR Time 10:54-10:55. Plaintiff Attorney: Gregg Lowder. Defendant Attorney: August Gugelmann (general). Pretrial Officer: Josh Libby. Defendant Present: Yes. Defendant in Custody: Yes. (jlgS, COURT STAFF) (Filed on 1/28/2020) (Entered: 01/28/2020) |
| 01/21/2020 | 2 | Minute Entry for proceedings held before Magistrate Judge Sallie Kim: Initial Appearance as to Himanshu Asri held on 1/21/2020. Advised of rights and charges. Remanded To Custody. Defense counsel requests additional time to confirm retention and work out case matters. I.D. of Counsel Hearing, Identity/Removal Hearing, and Status (Re: Detention) Conference set for 1/28/2020 10:30 AM in San Francisco, Courtroom C, 15th Floor before Magistrate Judge Sallie Kim. FTR Time 11:27-11:34. Plaintiff Attorney: Patrick O'Brien. Defendant Attorney: Gunny Bedi/Maria Relos (special). Pretrial Officer: Sheri Broussard. Defendant Present: Yes. Defendant in Custody: Yes. (jlgS, COURT STAFF) (Filed on 1/21/2020) (Entered: 01/22/2020) |
| 01/21/2020 | 🔒 1 | Rule 5(c)(3) Documents Received as to Himanshu Asri (Attachments: # 1 Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure)(jlgS, COURT STAFF) (Filed on 1/21/2020) (Additional attachment(s) added on 1/23/2020: # 2 Arrest Warrant Issued In Providence, Rhode Island) (jlgS, COURT STAFF). (Entered: 01/21/2020) |

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PATRICK K. O'BRIEN (CABN 292470)
MOLLY A. SMOLEN (CABN 293328)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    Patrick.OBrien@usdoj.gov

Attorneys for United States of America

**FILED**

**JAN 21 2020**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**SK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  **3 20 70041** |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(C)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| HIMANSHU ASRI, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on January 17, 2020, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon a

        Indictment

☐    Information

x    Criminal Complaint

        Other (describe)

pending in the District of Rhode Island, Case Number 1:20-MJ-05-PAS.

In that case (copy of complaint attached), the defendant is charged with a violation of Title 18 United States Code, Sections 1343, 1349, and 2326.

Description of Charges: Wire fraud, conspiracy to commit wire fraud, and telemarketing or email marketing fraud.

The maximum penalties are as follows:

Wire Fraud – 18 U.S.C. § 1343

- Maximum term of imprisonment: 20 years;

- Maximum term of supervised release: 3 years;

- Maximum fine: $250,000;

- Mandatory special assessment: $100.

Conspiracy to commit wire fraud – 18 U.S.C. § 1349

- Maximum term of imprisonment: 20 years;

- Maximum term of supervised release: 3 years;

- Maximum fine: $250,000;

- Mandatory special assessment: $100.

Telemarketing or email marketing fraud – 18 U.S.C. § 2326

- Maximum term of imprisonment: 5 years in addition to term of imprisonment imposed under 18 U.S.C. §§ 1343, 1349;

- Maximum term of supervised release: 3 years;

- Maximum fine: $250,000;

- Mandatory special assessment: $100.

Respectfully Submitted,

DAVID L. ANDERSON
UNITED STATES ATTORNEY

PATRICK K. O'BRIEN
MOLLY A. SMOLEN
Assistant United States Attorneys

Date:   January 21, 2020

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 7 minutes | | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Melinda K. Lock | | REPORTER/FTR FTR 11:27-11:34 | | |
| MAGISTRATE JUDGE SALLIE KIM | DATE January 21, 2020 | | NEW CASE ☐ | CASE NUMBER 3:20-mj-70041-MAG | |

**APPEARANCES**

| DEFENDANT Himanshu Asri | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Gunny Bedi/Maria Relos (special) | PD.☐ RET.☐ APPT.☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Patrick O'Brien | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Sheri Broussard | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES ☐ |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEAR Rule 5 - held | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: 1/28/2020 AT: 10:30 AM BEFORE HON. Sallie Kim | ☒ ATTY APPT HEARING ID of Counsel | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS Re: Detention |
| | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☒ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Defense counsel requests additional time to confirm retention and work out case matters.

DOCUMENT NUMBER:

DOCUMENTS UNDER SEAL ☐

TOTAL TIME (mins): 1 minute

| MAGISTRATE JUDGE<br>**MINUTE ORDER** | DEPUTY CLERK<br>Melinda K. Lock | REPORTER/FTR<br>FTR 10:54-10:55 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>SALLIE KIM | DATE<br>January 28, 2020 | NEW CASE ☐ | CASE NUMBER<br>3:20-mj-70041-SK |

## APPEARANCES

| DEFENDANT<br>Himanshu Asri | AGE<br>33 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>August Gugelmann (general) | PD. ☐ RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Gregg Lowder | INTERPRETER | | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☒ ID / REMOV HRG not held | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF RHODE ISLAND

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

Defendant waives ID/Removal hearing and admits to being the person charged in the District of Rhode Island. The Court orders Defendant transported forthwith in USMS custody to the District of Rhode Island.

DOCUMENT NUMBER:

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
    SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

By_____
             Deputy Clerk
Date 1/29/2020

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

   v.

HIMANSHU ASRI,

          Defendant.

Case No. 20-mj-70041-SK-1

Charging District's Case No.

1:20-MJ-05-PAS

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Rhode Island.

The defendant may need an interpreter for this language: n/a.

The defendant:     (X) will retain an attorney.

                    ( ) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: January 28, 2020

_____
SALLIE KIM
United States Magistrate Judge



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA 94102

*cand.uscourts.gov*

**RECEIVED**

January 29, 2020

FEB 0 4 2020

U.S. DISTRICT COURT
DISTRICT OF R.I.

U.S. District Court
District of Rhode Island – Clerk's Office
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

| | |
|---|---|
| Case Name: | USA v. Asri |
| Case Number: | 20-mj-70041-SK-1 (Your #: 1:20-mj-00005-PAS-1) |
| Charges: | WIRE FRAUD in Violation of 18 USC 1343; CONSPIRACY TO COMMIT WIRE FRAUD in Violation of 18 USC 1349; TELEMARKETING OR EMAIL MARKETING FRAUD in Violation of 18 USC 2326 |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Sallie Kim. The following action has been taken:

(X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(  )    The defendant has a court appearance in your court on :

Enclosed are the following documents:

(X)    Original Rule 5 affidavit

(X)    Original minute orders

(X)    Certified copy of AO 94, *Commitment to Another District*

(X)    Other miscellaneous documents – Copy of the docket

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Susan Y. Soong, Clerk

By: _____

Jenny Galang, Case Systems Administrator
415-522-2000

*REV. 9-19*